# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0002. COLLEEN M. GUNDERSON v. RONALD A. SANDY.**

Colleen Gunderson and Ronald Sandy were divorced in 2010. The final judgment and decree of divorce incorporated a settlement agreement requiring, among other things, that "neither party shall permanently re-locate his/her primary residence beyond fifteen (15) road miles from the Mother's primary residence as of the execution of this Agreement for as long as any of their children is a minor or is still attending high school full time." Sandy filed a petition for contempt on this ground, as well as a number of other grounds, and the trial court issued an order finding that the mother had violated the divorce settlement agreement. Gunderson filed an application for discretionary appeal to this Court, specifically arguing that the trial court erred by requiring her to move back into the school district in which Sandy lives and in which the parties' minor children attend school.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion

of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); but see *Githens v. Roberts*, 174 Ga. App. 152 (329 SE2d 219) (1985). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/06/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*